IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 4 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| RALEIGH DODSON, | ) CASE NO. 7:12CV00361 |
| | ) |
| Petitioner, | ) |
| v. | ) FINAL ORDER |
| | ) |
| | ) |
| UNITED STATES DISTRICT COURT, | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This _31st_ day of August, 2012.

_/s/ James C. Turk_
Senior United States District Judge